Case 06-03000   Doc 43   Filed 12/02/08   Entered 12/02/08 17:12:52   Desc   Page 1 of 2

Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lacey, Wayne

Printed: 12/02/08

Case Number: 06 B 03000
Judge: Hollis, Pamela S
Filed: 3/23/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 20, 2008
Confirmed: June 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 19,250.00 |  |
| Secured: |  | 18,188.29 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,061.71 |
| Other Funds: |  | 0.00 |
| Totals: | 19,250.00 | 19,250.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 2. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | Capital One | Secured | 0.00 | 0.00 |
| 4. | Chase Bank | Secured | 62.18 | 62.18 |
| 5. | General Motors Acceptance Corp | Secured | 7,038.07 | 7,038.07 |
| 6. | General Motors Acceptance Corp | Secured | 538.37 | 538.37 |
| 7. | Dell Financial Services, Inc | Secured | 203.73 | 203.73 |
| 8. | America's Servicing Co | Secured | 15,097.65 | 10,102.94 |
| 9. | Beneficial Illinois Inc | Secured | 243.00 | 243.00 |
| 10. | Capital One | Unsecured | 90.39 | 0.00 |
| 11. | American Express | Unsecured | 132.73 | 0.00 |
| 12. | Capital One | Unsecured | 97.18 | 0.00 |
| 13. | American Express | Unsecured | 9.73 | 0.00 |
| 14. | Premier Bankcard | Unsecured | 100.98 | 0.00 |
| 15. | Marthon Ashland Petroleum | Unsecured | 31.69 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 424.58 | 0.00 |
| 17. | Card Holder Services | Unsecured | 722.96 | 0.00 |
| 18. | Chase Bank | Unsecured | 89.13 | 0.00 |
| 19. | FCNB Master Trust | Unsecured | 498.32 | 0.00 |
| 20. | Premier Bankcard | Unsecured | 100.69 | 0.00 |
| 21. | RoundUp Funding LLC | Unsecured | 372.43 | 0.00 |
| 22. | Capital One | Unsecured | 153.43 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 310.65 | 0.00 |
| 24. | Resurgent Capital Services | Unsecured | 64.52 | 0.00 |
| 25. | Portfolio Recovery Associates | Unsecured | 64.38 | 0.00 |
| 26. | Resurgent Capital Services | Unsecured | 112.05 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lacey, Wayne

Printed: 12/02/08

Case Number: 06 B 03000
Judge: Hollis, Pamela S
Filed: 3/23/06

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Illinois Student Assistance Commission | Unsecured | 9,866.55 | 0.00 |
| 28. | Dell Financial Services, Inc | Unsecured | 240.70 | 0.00 |
| 29. | Card Holder Services | Unsecured | 369.79 | 0.00 |
| 30. | Deer & Stone | Priority | | No Claim Filed |
| 31. | MB Financial | Unsecured | | No Claim Filed |
| 32. | Diners Club International | Unsecured | | No Claim Filed |
| 33. | Shell Credit Card | Unsecured | | No Claim Filed |
| | | | $ 37,035.88 | $ 18,188.29 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 92.80 |
| 4.8% | 175.63 |
| 5.4% | 492.11 |
| 6.5% | 252.00 |
| 6.6% | 49.17 |
| | $ 1,061.71 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

